UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ABRAHA B. ESHETU<br>  Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | C.A. No.   15-11793-LTS |
| PROPARK, INC.,<br>  Defendant. | )<br>)<br>) | |

## ORDER

SOROKIN, D.J.

  Plaintiff Abraha B. Eshetu initiated this action by filing a pro se complaint accompanied by an Application to Proceed in District Court Without Prepaying Fees or Costs.

  By Memorandum and Order dated August 24, 2015, the Court granted Eshetu's Application and advised Eshetu that he must show cause why this action should not be dismissed, or he shall file an amended complaint.

  The time for responding to the Court's August 24, 2015 Memorandum and Order expired on September 28, 2015.  Having received no response to that Memorandum and Order, the above entitled action is hereby DISMISSED without prejudice.  The Clerk shall enter a separate order of dismissal.

SO ORDERED.

| | |
|---|---|
|  October 7, 2015      |  /s/ Leo T. Sorokin         |
| DATE | LEO T. SOROKIN<br>UNITED STATES DISTRICT JUDGE |